No. D–504.   IN RE DISBARMENT OF HOWARD.   It is ordered that James Norman Howard, of Lakeside Park, Ky., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–505.   IN RE DISBARMENT OF HURD.   It is ordered that Calvin J. Hurd, of Elizabeth, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–506.   IN RE DISBARMENT OF DANIELS.   It is ordered that Phillip C. Daniels, Jr., of Merchantsville, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–507.   IN RE DISBARMENT OF ROTH.   It is ordered that Burnett Roth, of Miami Beach, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–508.   IN RE DISBARMENT OF SHORT.   It is ordered that Kenneth Dale Short, of Ellicott City, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 83–2004.   MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. v. ZENITH RADIO CORP. ET AL.   C. A. 3d Cir.   [Certiorari granted, 471 U. S. 1002.]   Motion of Governments of Australia et al. for leave to file a brief as amici curiae granted.

No. 84–468.   CITY OF CLEBURNE, TEXAS, ET AL. v. CLEBURNE LIVING CENTER, INC., ET AL.   C. A. 5th Cir.   [Certiorari granted, 469 U. S. 1016.]   Motion of petitioners for leave to file a supplemental brief after argument granted.